WALLIS, J.
Appellant appeals the trial court's entry of judgments and sentences in Brevard County Circuit Court case numbers 05-2016-CJ-001268-A, 05-2016-CJ-002292-A, 05-2016-CJ-002328-A, 05-2016-CJ-002367-A, 05-2017-CJ-000634-A, 05-2017-CJ-000635-A, and 05-2018-CJ-000700-A. We find that the trial court failed to include written findings supporting its placement of Appellant in case numbers 05-2018-CJ-000700-A, 05-2017-CJ-000634-A, and 05-2017-CJ-000635-A. We remand for the trial court to include these written findings pursuant to R.S. v. State, 204 So.3d 990 (Fla. 1st DCA 2016). We affirm the judgments and sentences in case numbers 05-2016-CJ-001268-A, 05-2016-CJ-002292-A, 05-2016-CJ-002328-A, and 05-2016-CJ-002367-A without further discussion.
AFFIRMED IN PART; REVERSED IN PART; REMANDED with Instructions.
ORFINGER and GROSSHANS, JJ., concur.